NUMBER 13-07-00380-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ENER RENE GARCIA, Appellant,


v.



ROCIO RIVERA GARCIA, Appellee. 

 ____________________________________________________________


On appeal from the 92nd District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam

 The appellant's brief in the above cause was due on June 2, 2008. On August 4,
2008, the Clerk of the Court notified appellant that the brief had not been timely filed and
that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellant reasonably explained the failure and the appellee was not significantly
injured by the appellant's failure to timely file a brief. Appellant has not responded to the
Court's notice. 

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 30th day of October, 2008.